# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| Craig Jackson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-01185-LA |
| Bradley Corporation | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bradley Corporation.

Date: 12/21/2022

/s/ Leonard V. Feigel
*Attorney's signature*

Leonard V. Feigel (FL Bar No. 0027752)
*Printed name and bar number*

Foley & Lardner LLP
1 Independent Drive
Suite 1300
Jacksonville, FL 32202-5017
*Address*

lfeigel@foley.com
*E-mail address*

(904) 359-8755
*Telephone number*

(904) 359-8700
*FAX number*