UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**CRAIG JACKSON,**
   **Plaintiff,**

 v.            Case No. 22-C-1185

**BRADLEY CORPORATION,**
   **Defendant.**

## ORDER FOLLOWING SCHEDULING CONFERENCE

On February 1, 2023, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L. R. 16(a) (E.D. Wis.).

**IT IS ORDERED** that:

1. The parties shall comply with Fed. R. Civ. P. 26(a)(1) concerning initial disclosures by **February 13, 2023**.

2. The parties may join additional parties and amend pleadings without further leave of the court through **February 25, 2023**.

3. The plaintiff shall file his motion for conditional certification under the Fair Labor Standards Act on or before **June 21, 2023**. Defendant shall have 45 days to file a response, and plaintiff shall have 21 days to file a reply.

4. The court will set further pretrial deadlines as needed after the motion for conditional certification is decided.

5. The court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

**SO ORDERED** at Milwaukee, Wisconsin, this 1st day of February, 2023.

/s/Lynn Adelman
LYNN ADELMAN
District Judge