UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CRAIG JACKSON,**
        Plaintiff,

    v.                                      Case No. 22-CV-1185

**BRADLEY CORPORATION.**
        Defendant.

---

## ORDER

**IT IS ORDERED** that a Fairness Hearing is scheduled for **June 3, 2024 at 9:30 a.m. Central Time** in Courtroom 390.

Dated at Milwaukee, Wisconsin, this 25nd day of January, 2024.

                                        /s/ Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge