UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CRAIG JACKSON,
on behalf of himself and
all others similarly situated,

      Plaintiff,

v.

BRADLEY CORPORATION,

      Defendant

Case No. 22-cv-1185

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

NOW COMES Plaintiff, Craig Jackson, by and through his counsel, Walcheske & Luzi, LLC, and, pursuant to FED. R. CIV. P. 23(h) and 54(d)(2), respectfully Motions this Court for an award of attorneys' fees and costs in the amount of $15,450.00 as provided for by 29 U.S.C. § 216(b) and WIS. STAT. § 109.03(6) on the grounds set forth in *Plaintiff's Brief in Support of His Motion for Attorneys' Fees and Costs* and in the accompanying Declarations of Scott S. Luzi, David M. Potteiger, and Robert M. Mihelich.

WHEREFORE, Plaintiff respectfully requests that the Court award attorneys' fees and costs as set forth above.

Dated this 13th day of May, 2024

                WALCHESKE & LUZI, LLC

                **s/ *David M. Potteiger***
                James A. Walcheske, State Bar No. 1065635
                Scott S. Luzi, State Bar No. 1067405
                David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: jwalcheske@walcheskeluzi.com
E-Mail: sluzi@walcheskeluzi.com
E-Mail: dpotteiger@walcheskeluzi.com